LYMAN, Respondent, v. KANE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Henry H. Lyman, as, etc., against Timothy Kane and another. No opinion. The court declines to consider this appeal upon the record as it stands, there being no decision contained therein. See Village of Palmyra v. Wynkoop, 53 Hun, 82, 6 N. Y. Supp. 62. See, also, 67 N. Y. Supp. 1065.

McALAN, Respondent, v. TRUSTEES OF NEW YORK & BROOKLYN BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Alida McAlan against the trustees of the New York & Brooklyn Bridge Company. No opinion. Judgment (60 N. Y. Supp. 176) and order unanimously affirmed, with costs; GOODRICH, P. J., however, being in favor of a reduction of the amount of the recovery.

McAVOY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Thomas McAvoy against the city of New York. No opinion. Motion granted. See 65 N. Y. Supp. 274.

McCAFFREY, Appellant, v. CROSS, Respondent. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by Ellen M. McCaffrey against Emma M. Cross. W. Allen, for appellant. A. I. Elkus, for respondent. No opinion. Judgment affirmed, with costs.

McCAFFREY, Respondent, v. McCAFFREY, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Julia E. McCaffrey against William J. McCaffrey. No opinion. Order reversed, on argument, without costs.

McCANN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Hugh McCann against the city of New York. No opinion. Motion granted.

McGOWAN v. GIVEEN MFG. CO. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Frank J. McGowan against the Giveen Manufacturing Company. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 708.

McGRUER, Appellant, v. ABBOTT, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by John McGruer against Vasco P. Abbott. No opinion. Judgment and order affirmed, with costs.

MAHER, Respondent, v. McPHERSON, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 4, 1900.) Action by Vernon P. Maher against Addie C. McPherson, impleaded, etc. No opinion. Motion denied, with $10 costs.

MALLORY, Respondent, v. MALLORY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Harriet A. Mallory, as executrix, etc., against Philander J. Mallory. No opinion. Order affirmed, with $10 costs and disbursements.

In re MANHATTAN RUBBER-MFG. CO. (Supreme Court, Appellate Division, First Department. November 9, 1900.) In the matter of the Manhattan Rubber-Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

MARINE, Respondent, v. MILLS, Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Viola B. Marine against James Mills. S. Bitterman, for appellant. J. Fromme, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MARRIAN, Appellant, v. BOWERS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Joseph Marrian against Charles B. Bowers and another. No opinion. Judgment affirmed, with costs of this appeal to each respondent.

MARTIN et al., Respondents, v. COOK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Alexander C. Martin and others against Stephen Cook and others. No opinion. Order affirmed, with $10 costs and disbursements.

MARTINE, Respondent, v. GARDEN, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Marie L. Martine against William M. Garden. I. D. Warren, for appellant. J. J. Delany, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer in 20 days, on payment of costs in this court and in the court below.

In re MARWICK. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) In the matter of the probate of the will of Henrietta L. Marwick, deceased. No opinion. Decree of surrogate's court affirmed, with costs against the appellant.

MAY, Respondent, v. SCHREIER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 20, 1900.) Action by Frank N. May against Joseph Schreier and another. PER CURIAM. Judgment and order reversed, and new trial ordered, with one bill of costs to the appellants to abide event. Held, that the verdict is against the weight of the evidence.

MAYER, Appellant, v. NETHERSOLE, Respondent. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Ac-